UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARBARA STUART ROBINSON,<br><br>               Plaintiff,<br><br>    v.<br><br>DENNIS HOWARD BALL,<br><br>               Defendant. | CASE NO. C17-5725 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |

This matter comes before the Court on Plaintiff Barbara Stuart Robinson's ("Plaintiff") motion to appeal *in forma pauperis* ("IFP"). Dkt. 34.

On March 13, 2018, the Court granted Defendant Dennis Ball's ("Ball") motion for summary judgment and dismissed all of Plaintiff's claims based on absolute judicial immunity. Dkt. 31. On March 13, 2018, Plaintiff filed the instant motion and a notice of appeal. Dkts. 34, 35.

A party to a district court action who seeks to appeal IFP must first file a motion with the district court that details the party's inability to pay, claims an entitlement to redress, and states the issues that the party intends to present on appeal. Fed. R. App. P. 24(a)(1). If the court finds the appeal frivolous (that it lacks merit) it has the power to

deny leave to proceed IFP. *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). If the district court denies IFP status on appeal, the party may subsequently file a motion to proceed IFP on appeal in the court of appeals. Fed. R. App. P. 24(a)(5).

In this case, the Court finds that Plaintiff's appeal is meritless. Ball is clearly entitled to judicial immunity, and Plaintiff fails to offer persuasive arguments to the contrary. Therefore, the Court **DENIES** Plaintiff's motion to appeal IFP.

**IT IS SO ORDERED**.

Dated this 17th day of April, 2018.

BENJAMIN H. SETTLE
United States District Judge